Argued and submitted February 28, reversed and remanded for reconsideration
July 22, 1992

## DANNY LEE MAUPIN,
*Petitioner,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(CA A67075)

834 P2d 546

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave B. Frohnmayer, Attorney General, and Virgnia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Plane v. Board of Parole*, 114 Or App 60, 834 P2d 549 (1992).